ELIZABETH M. PAPPY, ESQ. (SBN 157069)
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Defendants American Metal Group, Inc.
and Howard Misle

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CNA METALS WEST COAST, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN METAL GROUP, INC. A California Corporation, and HOWARD MISLE, An Individual,<br><br>Defendants. | Case No. CV 11-00413 DMR<br><br>**ORDER GRANTING APPLICATION FOR WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL** |

The Court having considered the Application of Defendants American Metal Group, Inc. and Howard Misle, and good cause appearing therefor,

IT IS HEREBY ORDERED that Joseph J. Straus, Esq. and Lisa Grimm, Esq., Bullivant/Houser/Bailey PC, 1601 Fifth Avenue, Ste. 2300, Seattle, WA 98101, have withdrawn from representation of American Metal Group, Inc. and Howard Misle;

IT IS FURTHER ORDERED that Elizabeth M. Pappy, Esq., Morgan, Franich, Fredkin & Marsh, 99 Almaden Blvd., Ste. 1000, San Jose, CA 95113, is substituted in as counsel for Defendants American Metal Group, Inc. and Howard Misle.

Dated: 2/8/2011

_____
DONNA M. RYU, U.S. MAGISTRATE JUDGE