IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CNA METALS WEST COAST, LLC, a Washington Limited Liability Company<br><br>Plaintiff,<br>v.<br><br>AMERICAN METAL GROUP, INC., a California Corporation, and HOWARD MISLE, an individual,<br><br>Defendants._____/ | Case No. CV 11-00413 DMR<br><br>**ORDER GRANTING APPLICATION TO SET RESPONSE TIME TO COMPLAINT** |

The Court is in receipt of Defendants' application to set a response date to the Complaint, which the Court treats as a Motion for Administrative Relief pursuant to Local Civil Rule 7-11. Defendants' filed their application with the Court on February 10, 2011, and served it on Plaintiff on February 16, 2011. Under the local rules, any opposition to a Motion for Administrative Relief must be filed no later than 4 days after the motion has been filed. Civil L.R. 7-11(b). It has been fourteen days since Defendants filed their application, and eight days since it was served, with no opposition from Plaintiff. No prejudice appearing, the Court grants Defendants' application and sets a response date to the Complaint of March 11, 2011.

1  IT IS SO ORDERED.

3  Dated: 2/24/11

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE