JOHN A. KELLY, ESQ. (SBN 225961)
THE LAW OFFICES OF JOHN A. KELLY
922 1ST ST W
SONOMA, CA, 95476
(707) 935-6100
(707) 935-6181
JOHN@LAW-KELLY.COM

Attorney for CNA METALS WEST COAST LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CNA METALS WEST COAST, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN METAL GROUP, INC. a California corporation; HOWARD MISLE, an individual;<br><br>Defendants.<br><br>_____<br><br>AND RELATED CROSS-ACTION. | Case No.:  CV 11-00413 DMR.<br><br>**[PROPOSED] ORDER ON STIPULATED JOINT DISMISSAL WITHOUT PREJUDICE.** |

## ORDER

Before the Court on this 26th day of April, 2011, the STIPULATED JOINT DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) came before the court.

ACCORDINGLY, IT IS ORDERD that the claim and counterclaim are dismissed without prejudice to refiling at a later date and without an award of fees or costs.

The Law Offices of
John A. Kelly, Esq.
922 1st St W
Sonoma CA 95476
(707) 935-6100.

Page 1

CV 11-00413 DMR.

1 | SIGNED this 26th day of April, 2011.

_____
Hon. Donna M. Ryu.
UNITED STATES MAGISTRATE JUDGE.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Law Offices of
John A. Kelly, Esq.
922 1st St W
Sonoma CA 95476
(707) 935-6100.

Page 2

CV 11-00413 DMR.